## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** RONALD C POLLOCK
**Case Number:** 16-22086-TPA       **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 05, 2017 10:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#2 - Final Confirmation of Plan Dated 6/3/16 NFC
R / M #:  2 / 0

### *Appearances:* Bleadale

**Debtor:**
**Trustee:** Winnecour / (Bedford) / Pail / Katz     Warnbrodt - Seteres
**Creditor:**

### *Proceedings:*    LMP

**Outcome:** ACH to be pursued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  5-18-17 at 9:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:



12/30/2016  9:27:03AM