## UNITED STATES BANKRUPTCY COURT

### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald C. Pollock | : | BANKRUPTCY NO. 16-22086 |
| | : | |
| (Debtor) | : | CHAPTER 13 |
| | : | |

### REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE THAT** Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor hereby gives notice as follows:

Pursuant to Bankruptcy Rule 2002, The Law Offices of Martha E. Von Rosenstiel, P.C. Hereby requests that:

**(i)** all notices given or required to be given in the case; and

**(ii)** all pleadings and correspondence served or required to be served in this case, regarding Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor should be directed to The Law Offices of Martha E. Von Rosenstiel, P.C. at the following address effective immediately:

> Jeniece D. Davis, Esquire
> Martha E. Von Rosentiel, P.C.
> Our File # 41604
> 649 South Avenue
> Secane, PA 19018
> Jeniece@mvrlaw.com

This request encompasses all notices, copies and pleadings, referred to in Rules 2002, of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Objections, Requests, Applications, Schedules, Statements, Plans, and or any other documents brought before this court in this case whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which effects or seeks to effect the above case.

**/s/Jeniece D. Davis, Esquire**
**Jeniece D. Davis, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue**
**Secane, PA 19018**
**(610)328-2887 ext 16**
**Jeniece@mvrlaw.com**
**Attorney I.D. 208967**