## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RONALD C POLLOCK | | |
| **Case Number:** | 16-22086-TPA | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, MAY 18, 2017 09:30 AM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

### Matter:

#2 - Continued Confirmation of Plan Dated 6/3/16 NFC
+Objections By: Seterus Inc.
R / M #: 2 / 0

### Appearances:    Bleasedale.

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:    Pecarchik — Seterus

### Proceedings:

Counsel / debtor have no objection
Trustee consents.

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ___✓___ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

No pmt since 7/16.

**FILED**

MAY 24 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

5/12/2017    8:15:27AM