**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ronald C Pollock** | : | Case No. 16−22086−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Per May 18, 2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***26th day of May, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

(5) Debtor's Counsel shall file the Final Loss Mitigation Report within (7) seven days of this Order.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-22086-TPA
Ronald C Pollock                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: vson              Page 1 of 1              Date Rcvd: May 26, 2017
                            Form ID: 309            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db          +Ronald C Pollock,   3018 Universal Road,   Pittsburgh, PA 15235-2656
cr          +Seterus, Inc.,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
              Warrington, PA 18976-3400
14240465    +Aaa Debt Rec,   Pob 129,   Monroeville, PA 15146-0129
14240468    +Seterus Inc,   14523 Sw Millikan Way St,   Beaverton, OR 97005-2352
14309277     Seterus, Inc.,   LBPS P.O. Box 4128,   Beaverton, OR 97076-4128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14310237    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 27 2017 00:47:26      Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14240466    +EDI: ESCALLATE.COM May 27 2017 00:23:00      Escallate,   5200 Stoneham Rd,
              North Canton, OH 44720-1584
14251294    +EDI: DRIV.COM May 27 2017 00:23:00      Santander Consumer USA, Inc.,   P.O. Box 560284,
              Dallas, TX 75356-0284
14240467    +EDI: DRIV.COM May 27 2017 00:23:00      Santander Consumer Usa,   8585 N Stemmons Fwy Ste 1100-N,
              Dallas, TX 75247-3822
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Federal National Mortgage Association (Fannie Mae)
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              Brian J. Bleasdale    on behalf of Debtor Ronald C Pollock bleasdb@yahoo.com
              James Warmbrodt    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Joshua I. Goldman    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    Seterus, Inc. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 8