**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RONALD C POLLOCK

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:16-22086 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/03/2016 and confirmed on 09/15/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 684.96 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 684.96 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 182.95 | |
|     Trustee Fee | 25.34 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 208.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4403 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 476.67 | 0.00 | 476.67 |
|     Acct: 4403 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 30,381.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 4403 | | | | |
| | | | | 476.67 |
| **Priority** | | | | |
|   BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD C POLLOCK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BLEASDALE LAW OFFICE PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN J BLEASDALE ESQ | 4,900.00 | 182.95 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| 16-22086 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| DUQUESNE LIGHT COMPANY* | | 1,494.51 | 0.00 | 0.00 | 0.00 |
| Acct: 4004 | | | | | |
| PITTSBURGH ORAL SURGERY PC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6102 | | | | | |
| ESCALLATE LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7829 | | | | | |
| SANTANDER CONSUMER USA SVCR CITIF | | 4,982.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4675 | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 476.67 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 30,381.96 | |
| UNSECURED | 6.477.48 | |

Date: 07/24/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com